Rel: October 10, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**.  Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is printed in **Southern Reporter**.

# SUPREME COURT OF ALABAMA

## OCTOBER TERM, 2025-2026

_____

### SC-2024-0769
_____

**Ex parte Travon Romance Williams**

**PETITION FOR WRIT OF CERTIORARI TO
THE COURT OF CRIMINAL APPEALS**

**(In re: Travon Romance Williams**

**v.**

**State of Alabama)**

**(Montgomery Circuit Court: CC-18-110;
Court of Criminal Appeals: CR-2023-0207)**

MENDHEIM, Justice.

The writ is quashed.

In quashing the writ of certiorari, this Court does not wish to be understood as approving all the language, reasons, or statements of law in the Court of Criminal Appeals' opinion. <u>Horsley v. Horsley</u>, 291 Ala. 782, 280 So. 2d 155 (1973).

WRIT QUASHED.

Stewart, C.J., and Shaw, Bryan, and Cook, JJ., concur.

McCool, J., recuses himself.